■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTOINE J. SHAW, Also Known as J ANT, Appellant. [918 NYS2d 392]—

In satisfaction of a three-count indictment, defendant pleaded guilty to criminal possession of a controlled substance in the third degree and waived his right to appeal. Under the terms of the plea agreement, defendant was not promised any particular sentence, but was advised that he could be sentenced to a prison term between 2 and 12 years in length, which would be followed by a period of postrelease supervision between 1½ and 3 years. Thereafter, defendant was sentenced as a second felony offender to 3½ years in prison, with three years of postrelease supervision. Defendant appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Peters, J.P., Malone Jr., Kavanagh, Garry and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.